IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00971

BARRY J. SOBEL, M.D., both individually and in his capacity as the parent, next friend, and legal guardian of K.S. an incapacitated person,

Plaintiffs,

v.

ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., et al.,

Defendants.

## UNOPPOSED MOTION TO PROCEED ANONYMOUSLY

Plaintiffs, Barry Sobel, M.D., individually and in his capacity as the parent, next friend, and legal guardian of K.S., an incapacitated person, by and through their undersigned counsel, Telios Law PLLC, respectfully move this Court under D.C.COLO.LCivR 7.2 permit them to proceed in this case anonymously.

## CONFERRAL

The undersigned certifies that she has conferred with counsel for SCL Health in this litigation. *See* D.C.COLO.LCivR 7.1(a). Counsel for SCL Health does not oppose this motion.

## FACTUAL BACKGROUND

K.S. is a nineteen-year-old woman with a mental disability. She has been diagnosed with Iron Triangle Syndrome (ITS), a trifecta of catatonia, autism, and psychosis. Her condition

1

produces distressing symptoms, including elopement and periodic incidents of attempting to harm herself and other.

Her psychiatric condition is very severe, and she has been determined by the court to be incapacitated and has a guardian. However, she is literate and able to access the internet and other sources. Yet she would not be able to comprehend and appreciate the significance of this litigation and cannot make informed decisions. Given the likelihood that this litigation receives press coverage, there is a risk that K.S. would be negatively affected by finding her name cited in online sources related to this litigation. For that reason, Plaintiffs move to proceed anonymously.

## **LEGAL ARGUMENT**

The Tenth Circuit provides a limited exception to the Federal Rules of Civil Procedure, as governing case law recognizes that there may be "exceptional circumstances warranting some form of anonymity in judicial proceedings." *Femedeer v. Haun*, 227 F.3d 1244, 1246 (10th Cir. 2000). This exception can include "cases involving matters of a highly sensitive and personal nature." *Id.* (*quoting Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992)). Identifying a party by only a pseudonym is permitted "where there is an important privacy interest to be recognized." *Lindsey v. Dayton-Hudson Corp.*, 592 F.2d 1118, 1125 (10th Cir. 1979).

This case involves a mentally incapacitated person with special needs. Plaintiffs anticipate that much of the information regarding K.S.'s mental disabilities and psychological state, including her suicide attempts and sensitive medical information, must be discussed during the course of this litigation. Having her name known publicly and made part of a public record that will be around for years would likely cause K.S. further injury and harm. This is particularly true since K.S. would be able to understand at least some of the implications of this information

becoming public and would suffer emotional harm that she does not have the mental resources to process.

To prevent this type of harm, federal courts frequently allow such filings in sensitive cases, even when the parties petitioning anonymity are not minors. *See, e.g., Doe v. City of Albuquerque*, 667 F.3d 1111 (10th Cir. 2012) (lawsuit by registered sex offender to seek access to public libraries); *Doe v. Unified Sch. Dist. No. 259*, 05-1151-JTM (D. Kan. June 19, 2007) (trial court denied motion to change Doe filings to actual names despite the fact that children had reached majority, when issues discussed related to sexual harassment and could be embarrassing).

Plaintiffs do not request that the documents in the case necessarily be restricted from the public view, as court proceedings serve the public interest and are presumptively open to the public, and the issue of psychiatric care and patient-dumping is an important public interest. *See Doe v. Fed. Bureau of Investigation*, 218 F.R.D. 256, 258 (D. Colo. 2003). Plaintiffs request only to proceed in a semi-anonymous manner, as is appropriate in matters of a highly sensitive and personal nature. While proceeding pseudonymously should be an exception, the interests here fall into the exceptional category.

On the other hand, an anonymous filing does no damage to the public interest. For example, published juvenile law cases in Colorado do not identify the names of the children involved. And in fact, Colorado appellate courts recognize that minors in certain cases, as well as any relative whose name could be used to determine the minor's name, should be identified using initials due to the privacy interest involved. *See* C.A.R. 32(f). While this is not a child protection or criminal case, the principles behind this rule hold true here. The public can benefit from the

discussion of legal and policy issues without knowing the names of the incapacitated Plaintiff.

Defendants will not be prejudiced by granting Defendants this relief. The full names of K.S. and her father are well-known to Defendants. The District will not face an unknown adversary in court and will confront none of the problems in engaging in discovery or establishing its case that might otherwise present in an anonymous filing.

## CONCLUSION

Because permitting K.S. to proceed using her initials will strike the appropriate balance between the interests of the parties and the public, Plaintiffs respectfully request that further public court filings refer to Plaintiffs as Barry Sobel, on behalf of K.S.

Respectfully submitted this 5th day of April, 2021.

*s/ Theresa Lynn Sidebotham*
Theresa Lynn Sidebotham, Esq.
Joseph B. Brown, Esq.
Telios Law PLLC
19925 Monument Hill Rd.
P.O. Box 3488
Monument, CO 80132
Telephone: (855) 748-4201
FAX: (775) 248-8147
Email: tls@telioslaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system that automatically sends notification of such filing to the following:

All counsel of record.

*s/ Joseph Brown*
Joseph Brown
