IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00971-MEH

BARRY J. SOBEL, M.D., both individually and in his capacity as the parent, next friend, and legal guardian of K.S., an incapacitated person,

    Plaintiffs,

v.

ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,
SISTER OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,
SCL HEALTH MEDICAL GROUP—GRAND JUNCTION, LLC d/b/a SCL Medical Group of Western Colorado,
ANDREW D. JONES, M.D.,
ELIZABETH BUISKER, D.O., and
LEE SYPHUS,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2021.**

    Before the Court is Plaintiffs' "Unopposed Motion to Proceed Anonymously" [filed April 5, 2021; ECF 2]. Plaintiffs request that K.S. remain anonymous throughout this litigation since there is a risk that she "would be negatively affected by finding her name cited in online sources related to this litigation." Mot. at 2. She is a nineteen-year-old woman diagnosed with Iron Triangle Syndrome and lacks the ability to comprehend and appreciate the significance of this litigation. *Id.* Tenth Circuit precedent allows for anonymity in "cases involving matters of a highly sensitive and personal nature." *Femedeer v. Haun*, 227 F.3d 1244, 1246 (10th Cir. 2000) (quoting *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992)). In other words, anonymity is permitted "where there is an important privacy interest to be recognized." *Lindsey v. Dayton-Hudson Corp.*, 592 F.2d 1118, 1125 (10th Cir. 1979). Based on the information provided in the Motion, the Court finds K.S. has significant privacy interests at stake involving highly sensitive and personal information. As such, the Court finds anonymity appropriate. Therefore, for good cause shown and noting the Motion is unopposed, Plaintiffs' Motion is **granted**. K.S. shall be permitted to proceed through this litigation using only her initials.